# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TEBBE JACKSON

VERSUS

ST. HELENA PARISH SCHOOL
BOARD AND KELLI Y. JOSEPH,
INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY AS
SUPERINTENDENT OF SCHOOLS
FOR THE ST. HELENA SCHOOL
BOARD

NO.   2020 CW 0736

OCTOBER 12, 2020

---

In Re:   St. Helena Parish School Board and Kelli Y. Joseph,
         Individually and in her official capacity as
         Superintendent of Schools for the St. Helena School
         Board, applying for supervisory writs, 21st Judicial
         District Court, Parish of St. Helena, No. 23974.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT NOT CONSIDERED.** This writ application fails to comply
with Uniform Rules of Louisiana Courts of Appeal, Rule 4-
5(C)(10). The defendants, St. Helena Parish School Board and
Kelli Y. Joseph, individually and in her official capacity as
Superintendent of Schools for the St. Helena Parish School
Board, failed to include a copy of the pertinent court minutes.

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

                              **TMH**
                              **EW**

   **Theriot, J.** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT